# UNITED STATES AIR FORCE
## COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | No. ACM 40708 |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Chad S. MARCOUX** | ) | |
| **Senior Airman (E-4)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

Appellant's case was docketed with the court on 7 November 2024.

On 17 December 2025, Appellant filed a Motion for Leave to File and Motion for Remand due to the record missing the audio of the general court-martial proceedings. The Government agrees the record is incomplete and remand is appropriate. *See* Rule for Courts-Martial (R.C.M.) 1112(b)(1). We agree and direct appropriate action in our decretal paragraph below.

Accordingly, it is by the court on this 30th day of December, 2025,

**ORDERED:**

Appellant's Motion for Leave to File and Motion for Remand are **GRANTED**.

The record of trial in Appellant's case is returned to the Chief Trial Judge, Air Force Trial Judiciary, for correction under R.C.M. 1112(d) to account for the above-described defect, and any other portion of the record that is determined to be missing or defective hereafter, after consultation with the parties. *See* R.C.M. 1112(d)(2)–(3). Thereafter, the record of trial will be returned to this court for completion of its appellate review under Article 66(d), Uniform Code of Military Justice, 10 U.S.C. § 866(d).

**It is further ordered:**

The record of trial will be returned to the court not later than **19 January 2026**. If the record cannot be returned to the court by that date, the Government will inform the court in writing not later than **16 January 2026** of the status of the Government's compliance with this order.

FOR THE COURT

JACOB B. HOEFERKAMP, Capt, USAF
Acting Clerk of Court